USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2013

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

IN THE MATTER OF THE APPLICATION OF          :     13 MISC 00315
**EXPOFRESH S.A.**                            :     13 Misc.
FOR AN ORDER TO TAKE DISCOVERY               :     [~~PROPOSED~~] **ORDER**
PURSUANT TO 28 U.S.C. § 1782                  :     **PURSUANT TO 28 U.S.C. § 1782(a)**

------------------------------------------------x

The Court having received the *ex parte* application dated September 5, 2013, submitted on

behalf of ExpoFRESH S.A. ("Applicant" or "Expofresh") seeking discovery pursuant to 28 U.S.C.

§ 1782 and the Court having considered said application including the declaration of Gastón

Dell'Oca, dated August 30, 2013, declaration of Kathleen M. Kundar, dated September 5, 2013, and

Applicant's memorandum of law in support of its application, requesting this Court to order the

issuance of a subpoena directing S. Katzman Produce Inc. ("Katzman Produce") to produce certain

documents and to provide testimony, for use in an Argentine commercial lawsuit pending before the

National Commercial Court of First Instance No. 4, Secretariat No. 7, against Anqas Takanas S.R.L.

("Anqas"), and the Court being of the opinion that execution of the application is proper under the

provisions of 28 U.S.C. § 1782(a) and in the exercise of its discretion;

Now therefore, it is hereby

ORDERED, that the application of Expofresh for discovery, pursuant to 28 U.S.C. § 1782, is

hereby granted; and it is further

ORDERED, that a subpoena be issued to S. Katzman Produce, Row A, Unit 153-157, Hunts

Point Market, Bronx, New York 10474, forthwith and served together with a copy of this Order and

that such subpoena provide for the production of all documents concerning the below-listed

shipments to Katzman Produce, including but not limited to (a) files regarding fruit imports to the

United States, (b) invoices or accounting documents stating the price of the purchased goods, (c) the

settling of the sales, proof of payment for said goods indicating the recipient, amount, date of

payment, account and bank where the money was transferred, and (d) all documents reflecting any

instructions from Anqas or others regarding payment of such invoices:

| BUYER | AIRWAY BILL | SHIPPING DATE | CLEARANCE | EXPORT PERMIT |
|---|---|---|---|---|
| KATZMAN PRODUCE | 001-4595-2583 | 10/13/2010 | 10/073/ES01/000239/U | 11073EC07001277Y |
| KATZMAN PRODUCE | 001-4595-2594 | 10/14/2010 | 10/073/ES01/000248/U | 11073EC07001273K |
| KATZMAN PRODUCE | 001-4595-2653 | 10/17/2010 | 10/073/ES01/000294/V | 11073EC07001271X |
| KATZMAN PRODUCE | 001-5913-1984 | 10/22/2010 | 10/073/ES01/000368/A | 11073EC07001268Y |
| KATZMAN PRODUCE | 001-5913-2021 | 10/24/2010 | 10/073/ES01/000390/S | 11073EC07001272J |
| KATZMAN PRODUCE | 307-3340-3053 | 10/25/2010 | 10/073/ES01/000394/W | 11073EC07001265L |
| KATZMAN PRODUCE | 001-5913-2253 | 11/04/2010 | 10/073/ES01/000617/U | 11073EC07001267N |
| KATZMAN PRODUCE | 001-5913-2253 | 11/05/2010 | 10/073/ES01/000638/A | 11073EC07001279Z |
| KATZMAN PRODUCE | 001-5914-2705 | 11/14/2010 | 10/073/ES01/000822/S | 11073EC07001274L |
| KATZMAN PRODUCE | 001-5914-2720 | 11/16/2010 | 10/073/ES01/000839/D | 11073EC07001275M |
| KATZMAN PRODUCE | 001-5914-2860 | 11/20/2010 | 10/073/ES01/000918/B | 11073EC07001270H |
| KATZMAN PRODUCE | 001-5914-2856 | 11/21/2010 | 10/073/ES01/000919/C | 11073EC07001269P |

And it is further

ORDERED, that Kathleen M. Kundar, Esq., and any other attorney affiliated with the law

firm of Fox Horan & Camerini LLP and admitted to the United States District Court for the Southern

District of New York, be appointed as examiners to take the deposition, to obtain the requested

documents and to issue the subpoena to obtain such discovery pursuant to the Federal Rules of Civil

Procedure.

Dated: _September 10_ , 2013
      New York, New York

                                **UNITED STATES DISTRICT JUDGE**

                                    **Jesse M. Furman**
                                United States District Judge
                              Southern District of New York
                                 Part I